### 647. HILLEY *v.* PERRIN.

POWELL, J. 1. Exceptions pendente lite, though filed and recorded under order of the judge, can not be considered unless duly certified to be true. Civil Code, § 5541; *Binyard* v. *State,* 126 *Ga.* 635 (55 S. E. 498).

2. Distress warrant lies in favor of a landlord against a tenant for the recovery of any rent due the former by the latter. This is true although the landlord, subsequent to the time the rent becomes due, takes a note for the rent. The character of the indebtedness is not changed by the taking of the note.     *Judgment affirmed.*

Distraint, from city court of Elberton—Judge Proffitt. July 3, 1907.

Submitted November 12,—Decided November 25, 1907.

*J. N. Worley,* for plaintiff in error. *Z. B. Rogers,* contra.